# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

UNITED STATES OF AMERICA,     )
                                   )
                                   )
v.                                )        Criminal No. 1:95-cr-25-DBH
                                   )
KENNETH LEON MEADER,    )
                                   )
                 Defendant     )

## ORDER ON DEFENDANT'S MOTIONS FOR APPOINTMENT
## OF COUNSEL AND FOR SENTENCE REDUCTION

The defendant Kenneth Meader has submitted a letter seeking a sentence reduction or requesting the appointment of counsel to seek a reduced sentence on account of the retroactive and more lenient drug calculation Guideline, which took effect November 1, 2014. U.S. Sentencing Guidelines Manual app. C, Amendment 782 (2014); U.S. Sentencing Guidelines Manual § 1B1.10(d) (2014).

After a plea of not guilty and a subsequent jury trial, Meader was found guilty of being a felon in possession of firearm and ammunition, distribution of a controlled substance (cocaine), and use of a firearm during a drug trafficking crime. His Guideline sentence, however, was driven entirely by factors unrelated to drug quantity—conduct having to do with criminal sexual abuse, the use of force and threats of death against the victim and her family, abduction, and his career offender status. His total offense level (TOL) was 35 and his Criminal History Category VI, making his Guideline range 292 to 365 months for the first two crimes, plus 60 consecutive months for the third crime. I sentenced him

within the Guideline range to concurrent sentences of 120 months on the felon in possession Count and 360 months on the distribution of controlled substance Count, and a consecutive 60 months on the third Count, use of a firearm during a drug trafficking crime.

Thus, although Meader was found guilty of distribution of a controlled substance, the drug quantity did not produce the Guideline sentence. Therefore, the amended and more lenient drug calculation Guideline does not reduce Meader's Guideline sentence.

Accordingly the motions to appoint counsel and reduce sentence are **DENIED**.

**SO ORDERED.**

**DATED THIS 11TH DAY OF FEBRUARY, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**