## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 1:95-CR-25-DBH** |
| ) | |
| **KENNETH LEON MEADER,** ) | |
| ) | |
| **DEFENDANT** ) | |

## PROCEDURAL ORDER

I recently learned in United States v. Faucette, 2:13-cr-79-DBH-01, that the Department of Justice takes the position that a prisoner is not required to exhaust administrative appeal remedies within the Bureau of Prisons before filing a motion in court under the First Step Act, and may file a motion 30 days after submitting a request for compassionate release to the Warden, regardless of whether the Warden denied the request. Gov't Resp. to Procedural Order, United States v. Faucette, 2:13-cr-79-DBH-01 (D. Me. Aug. 5, 2020) (ECF No. 266).

In this case, without knowing the Justice Department takes that position, I denied without prejudice Meader's request for judicial relief because he had not exhausted administrative appeals. Order (ECF No. 105). But as I said in Faucette, the government can waive the exhaustion requirement, and I treat it now as having done so. Second Procedural Order, United States v. Faucette, 2:13-cr-79-DBH-01 (D. Me. Aug. 11, 2020) (ECF No. 267)

I therefore **VACATE** the denial and **DIRECT** the Clerk's Office to appoint counsel and issue the procedural order contemplated by General Order 2020-6(C).

**SO ORDERED.**

**DATED THIS 17TH DAY OF AUGUST, 2020**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**