UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>KENNETH LEON MEADER, )<br>)<br>**DEFENDANT** ) | **CRIM. NOS. 1:95-CR-25-DBH<br>AND 1:98-CR-42-DBH-02** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 11, 2021, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on the defendant's motion regarding lack of medical treatment at the Bureau of Prisons. The time within which to file objections expired on May 25, 2021, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 3RD DAY OF JUNE, 2021**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**