UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KENNETH LEON MEADER | ) | |
| | ) | |
| Petitioner, | ) | No. 1:95-cr-00025-JAW |
| | ) | No. 1:22-cv-00224-JAW |
| v. | ) | |
| | ) | |
| UNITED STATES | ) | |
| Respondent | ) | |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on February 13, 2023, his Recommended Decision. *Recommended Decision on 28 U.S.C. § 2255 Mot.* (ECF No. 177). On March 27, 2023, Kenneth Meader filed an objection. *Obj. to Report and Recommended Decision* (ECF No. 180). The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 177). The Court thereby DENIES the Petitioner's motion for habeas relief under 28 U.S.C. § 2255 (ECF No. 169) and DENIES a certificate of appealability.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2023