UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 1:95-cr-00025-JAW. |
| V. | DECLARATION OF NEHEMIAS SAMAYOA. |
| KENNETH LEON MEANER, Defendant. | |

I, Mr. Nehemias Samayoa, make the following declarations under penalty of perjury in support of Kenneth Meader's request for Compassionate release.

1. I lived with Kenneth in the same room for approximately 2 years during that time he have a surgery in 02/23/2022 in Duke Hospital I Take care him because he look so bad, I thought he might die. I had to put his feet up on the bed for him to sleep and had to give him my arm to help him get up.

2. I believe after living with Kenneth for around 5 years and 2 years in the same room that he is a good person and very respectful to those around him. Kenneth has always worked as a head orderly since I've known him and he takes his responsabilities very seriously and shows that his rehabilitation is important to him and he always helps others.

3. All the time I've known Kenneth he has been a Christian and prays often and reads the Bible often

1

and in his actions he reflects his beliefs because he never says any bad words and treats everyone equally.

4. I know Kenneth has a strong love for his family and I will never forget how hard it was for him when his son passed away on April of 2022. At that time he was devastated because he knew he was out of his son's life for so long and he cried about missing him and because he won't see him again in this life and cried with him.

5. I've recently discussed Kenneth's Medical problems and he told me the bad news about his health and the current liver tumor. I was amazed by the quick growth and will do a quick illustration for you because I think it's important.



January 27, 2024

August 21, 2023

2

6. I Pray for this court to grant Kenneth's Compassionate release and allow him to live his final days with his fiancee and his Family.

Respectfully submitted this 20 day of February, 2024.

*Nehemias*

Nehemias Samayoa #74888-007.
Butner Medium II F.C.I
P.O. Box 1500
Butner, NC 27509.

3