

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution II

P.O. Box 1500
Butner, North Carolina 27509

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 APR 12  A 8:28

DEPUTY CLERK

March 25, 2024

Honorable Lance E. Walker
Chief U.S. District Judge
United States District Court
156 Federal Street
Portland, ME 04101

RE:  MEADER, Kenneth Leon
     Reg. No.: 10009-036
     Docket No.: 1:95CR00025-001

Dear Chief Judge Walker:

This letter is to advise you that Mr. Kenneth Leon Meader, who was sentenced in Honorable D. Brock Hornby's court on October 17, 1996, died at approximately 8:35 a.m., on Thursday, March 21, 2024.

Mr. Meader was serving an aggregated sentence of 420-months for Distribution of Controlled Substance, Use of Firearm in Drug Trafficking Crime and Conspiracy to Escape from Federal Custody.

On February 23, 2010, Mr. Meader arrived at FCI II Butner as a transfer from FMC Butner. The preliminary cause of death report indicates the cause of death to be End Stage Liver Disease due to Liver Cell Carcinoma.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

*L. Kelly*

Lynne B. Kelly
Warden